May 12, 2017

Catherine Schaefer
1517 Lyttleton St
Camden, SC 29020



William C Redden, Clerk of Court
United States Bankruptcy Court
701 East Broad Street
Richmond, VA 23219

RE: request for extension of time to reply
Case Number 15-32919-KRH
Chapter 11
Adversary Proceeding Number 17-03164-KRH
Judge Kevin R Huennekens

Mr Redden

I just recently received a "Summons and Notice in an Adversary Proceeding" (copy enclosed) as part of the above mentioned case. Longcreek Family Practice LLC, the defendant listed in this action, has been out of business for 4 years and all its' assets were used to pay its' creditors. I was listed as a co defendant in this case. I do not currently own or have any interest in any business and have not since Longcreek FP went out of business 04/01/2013. I do not have an attorney.

I request a 30 day Extension of time to file an Answer/Motion to the complaint as provided for in Paragraph C of the "Order Establishing Procedures For Avoidance Action Adversary Proceedings" for Case 15-32919-KRH. I deny all the allegations in this action as they pertain to me but need more time to ascertain how I need to proceed. This extension of time will allow me to get legal advice on how I need to respond with a formal answer.

I am sending a copy of this request to the Plaintiff's Attorney as stipulated.

Thank you

Catherine Schaefer
1517 Lyttleton St
Camden, SC 29020

CC:
Cullen D Speckhart
Wolcott Rivers Gates
919 East Main Street
Suite 1040
Richmond, VA 23219

## CERTIFICATION OF SERVICE

I, [BCN: Name], certify that service of this summons and a copy of the complaint was made _____, 20__ by:

☐ **Mail service:** Regular, first class United States mail, postage fully pre-paid, addressed to:

_____

_____

☐ **Personal Service:** By leaving the process with the defendant or with an officer or agent of defendant at:

_____

_____

☐ **Residence Service:** By leaving the process with the following adult at:

_____

_____

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

_____

_____

☐ **Publication:** The defendant was served as follows: [Describe briefly]

_____

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

_____

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

Print Name: _____

Business Address: _____

City _____ State _____ Zip _____

[ver. B250HDLvJune2016.jsp]